FILED

07/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0440

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, Montana 59624
Tel: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

* * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF MICHAEL P. SINKS, | Supreme Court Cause No. |
| An Attorney at Law, | ODC File No. 23-227 |
| Respondent. | **COMPLAINT** |
| | **Rule 8.1, MRPC** |

By leave of the Commission on Practice granted on July 17, 2024, the Office

of Disciplinary Counsel for the State of Montana ("ODC"), hereby charges attorney

Michael P. Sinks with professional misconduct as follows:

**General Allegations**

1. Michael P. Sinks, hereinafter referred to as Respondent, was admitted to

the practice of law in the State of Montana in 2012, at which time he took the oath

required for admission, wherein he agreed to abide by the Rules of Professional

*Complaint* - Page 1

Conduct, the Disciplinary Rules adopted by the Supreme Court, and the highest standards of honesty, justice and morality, including but not limited to, those outlined in parts 3 and 4 of Chapter 61, Title 37, Montana Code Annotated.

2. The Montana Supreme Court has approved and adopted the Montana Rules of Professional Conduct ("MRPC"), governing the ethical conduct of attorneys licensed to practice in the State of Montana, which Rules were in effect at all times mentioned in this Complaint.

### Count One

3. ODC realleges and incorporates paragraphs 1 through 2 of the General Allegations as if fully restated in this Count One.

4. In December 2023, ODC received a grievance alleging Respondent engaged in unethical conduct while representing a client. ODC obtained a copy of the client's Register of Action and discovered a Motion for Sanctions, Affidavit in Support, and an Order Granting Summary Ruling on Motion for Sanctions due to Respondent's lack of diligence on the case.

5. By letter dated January 29, 2024, ODC requested Respondent respond to the allegations against him, as well as provide additional information. ODC received no response. On February 27, 2024, ODC sent Respondent another request for response by both regular and certified mail to the address on file with the State Bar of Montana. ODC also emailed Respondent a copy of this letter. Respondent was

required to respond within ten (10) days, or on or before, March 8, 2024. On April 8, the certified letter was returned unclaimed. Neither of the regular mail letters were returned to ODC and no response was received to ODC's email.

6. To date, Respondent has failed to respond to the grievance, or have any communication with ODC.

7. Respondent's conduct outlined above constitutes a violation of Rule 8.1(b), MRPC.

8. Rule 8A(6) of the Montana Rules for Lawyer Disciplinary Enforcement ("MRLDE"), provides additional grounds for discipline for Respondent's failure to promptly and fully respond to an inquiry to ODC.

WHEREFORE, the Office of Disciplinary Counsel prays:

1. That a Citation be issued to the Respondent, to which shall be attached a copy of the complaint, requiring Respondent, within twenty-one (21) days after service thereof, to file a written answer to the complaint;

2. That a formal hearing be had on the allegations of this complaint before an Adjudicatory Panel of the Commission;

3. That the Adjudicatory Panel of the Commission make a report of its findings and recommendations after a formal hearing to the Montana Supreme Court, and, in the event the Adjudicatory Panel finds the facts warrant disciplinary action and recommends discipline, that the Commission also recommend the nature

*Complaint* - Page 3

and extent of appropriate disciplinary action, including an award of costs and expenses incurred in investigating and prosecuting this matter; and,

4. For such other and further relief as deemed necessary and proper.

DATED this 24 day of July, 2024.

OFFICE OF DISCIPLINARY COUNSEL

By: _Pamela D. Bucy_

Pamela D. Bucy
Chief Disciplinary Counsel

*Complaint* - Page 4